**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2023-018703-CA-01
SECTION: CA13
JUDGE: Gina Beovides

**Timothy Oliver**

Plaintiff(s)

vs.

**University of Miami**

Defendant(s)

_____/

**AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS AND GRANTING LEAVE TO AMEND**

THIS CAUSE having come on to be heard on the Defendant, University of Miami's ("Defendant") Motion to Dismiss, and the Court having reviewed said Motion, having noted the agreement of counsel and being otherwise advised in the premises, it is

ORDERED and ADJUDGED that said Motion is hereby GRANTED without prejudice and the hearing scheduled for January 11, 2024 is cancelled. Plaintiff, Timothy Oliver ("Plaintiff"), shall file a Second Amended Complaint within fifteen (15) days of the date of this Order. Defendant shall have thirty (30) days to respond to the Second Amended Complaint.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 3rd day of January, 2024.

2023-018703-CA-01 01-03-2024 10:24 AM
Hon. Gina Beovides

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
CATHERINE A. MANCING, mancing@irlaw.com
CATHERINE A. MANCING, fernandez@irlaw.com
CATHERINE A. MANCING, aleman@irlaw.com
Catherine A. Mancing, mancing@irlaw.com
Eric D. Isicoff, isicoff@irlaw.com
Stewart Lee Karlin, slk@stewartkarlin.com
Stewart Lee Karlin, charles@stewartkarlin.com
Teresa Ragatz, Ragatz@irlaw.com
Teresa Ragatz, fernandez@irlaw.com
Teresa Ragatz, aleman@irlaw.com


**Physically Served:**