UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20241-WPD

**TIMOTHY OLIVER,**

**Plaintiff,**

v.

**UNIVERSITY OF MIAMI,**

**Defendant.**
_____/

NOTICE OF APPEAL TO A COURT OF APPEALS FROM
A FINAL ORDER OF A DISTRICT COURT

Notice is hereby given that Plaintiff-Appellant TIMOTHY OLIVER in the above-named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a final order granting Defendant's Motion To Dismiss entered in this action on February 18, 2025.

Dated:  Fort Lauderdale, Florida
        March 13, 2025

STEWART LEE KARLIN
LAW GROUP, P.C.

_____
STEWART LEE KARLIN, ESQ
*Attorney for Plaintiff-Appellant*
2003 W Cypress Creek Road, Suite 100
Fort Lauderdale, FL 33309
(212) 792-9670
slk@stewartkarlin.com
Florida Bar No. 0961159

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served, via CM/ECF on this 13th day of March, upon:

Teresa Ragatz, Esq.
ISICOFF RAGATZ
601 Brickell Key Drive Suite 750 Miami Florida 33131
Ragatz@irlaw.com

_____
STEWART LEE KARLIN