# *EXHIBIT "1"*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Timothy Oliver )
v. ) Case No.: 1:24-cv-20241-JB
University of Miami )

## BILL OF COSTS

Judgment having been entered in the above entitled action on **February 18, 2025** against **Plaintiff, Timothy Oliver**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 79.20 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. § 1923 | 405.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs (please itemize) | |
| **TOTAL** $ | 484.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: /s/ Teresa Ragatz
Name of Attorney: Teresa Ragatz
For: Defendant, University of Miami                   Date: 03/20/2025
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court          Deputy Clerk          Date

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

UM/T. Oliver
Taxable Costs U0001-609

| Date | Received From/Paid To | Explanation | Disbs | Inv# |
|---|---|---|---|---|
| Jan 22/2024 | American Express | Court Filing Fee - Ntc Removal To Federal Court | 405.00 | 71541 |
| May 21/2024 | Allen-Williams Vernita | Hearing Transcript Fee 5/20/24 Case # 24CV20241 Judge J. Becerra | 79.20 | 71892 |
| | | TOTAL | **484.20** | |

```
ISICOFF & RAGATZ, PLLC OPERATING ACCOUNT
DATE    : May/23/2024                                                        13599
CHE #   : 13599           INVOICE           PAYMENT  INVOICE        PAYMENT
AMOUNT  : $79.20          20240410        :  79.20
ACCOUNT : 8
```

A/P Payment on Account

CLIENT: U0001 - University of Miami
MATTER: U0001-609
VENDOR NAME: Vernita Allen-Williams
VENDOR ACCT:

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

                                                                              13599
**ISICOFF & RAGATZ, PLLC**              VALLEY NATIONAL BANK     CHECK NO.
**OPERATING ACCOUNT**                                                         13599
601 BRICKELL KEY DRIVE, SUITE 750              55-138/212
MIAMI, FL 33131

Seventy Nine ************************************************** 20/100

                                                    DATE              AMOUNT
**PAY** TO THE ORDER OF
                                               May/23/2024           $79.20
Vernita Allen-Williams
400 North Miami Avenue, Rm 09N36
Miami, FL 33128

                                                              AUTHORIZED SIGNATURE

A/P Payment on Account

---

```
ISICOFF & RAGATZ, PLLC OPERATING ACCOUNT
DATE    : May/23/2024                                                        13599
CHE #   : 13599
AMOUNT  : $79.20
ACCOUNT : 8          VENDOR ACCT:
PAID TO : Vernita Allen-Williams
A/P Payment on Account
VENDOR NAME: Vernita Allen-Williams
```

                          INVOICE           PAYMENT  INVOICE        PAYMENT
                          20240410        :  79.20
ALLOCATIONS: Matter or <G/L Account>
U0001-609    :         79.20

- Job # 5809

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT For the Florida Southern District Court |
|---|---|

INVOICE 20240140

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Eric D. Isicoff<br>Isicoff Ragatz<br>Courvoisier Center<br>601 Brickell Key Drive, Suite 750<br>Miami, FL 33131<br>(305) 373-3232<br>fernandez@irlaw.com | VERNITA ALLEN-WILLIAMS, RMR, FCRR<br>Relief Court Reporter<br>400 North Miami Avenue<br>Rm. 09N36<br>Miami, FL 33128<br>(305) 523-5048<br>Vernita_Allen-Williams@flsd.uscourts.gov<br>Tax ID: 32-0308076 |

| _ CRIMINAL   X CIVIL | DATE ORDERED: 05-21-2024 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 24CV20241, Oliver v University of Miami

Motion Hearing held 5/20/24 before District Judge Jacqueline Becerra



| CATEGORY | ORIGINAL ||| 1ST COPY ||| ADDITIONAL COPY ||| TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 18 | 4.40 | 79.20 | | | | | | | 79.20 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges ||| |
| | | | | | | | Subtotal ||| 79.20 |
| | | | | | | | Less Discount for Late Delivery ||| |
| | | | | | | | Tax (If Applicable) ||| |
| | | | | | | | Less Amount of Deposit ||| |
| | | | | | | | Total Refund ||| |
| | | | | | | | Total Due ||| 79.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Vernita Allen-Williams | DATE: 05-22-2024 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

## Sandy Aleman

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Monday, January 22, 2024 11:05 AM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-20241-XXXX Oliver v. University of Miami Notice of Removal (State Court Complaint) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Mancing, Catherine on 1/22/2024 at 11:04 AM EST and filed on 1/22/2024

| | |
|---|---|
| **Case Name:** | Oliver v. University of Miami |
| **Case Number:** | [1:24-cv-20241-XXXX](#) |
| **Filer:** | University of Miami |
| **Document Number:** | [1](#) |

**Docket Text:**
**NOTICE OF REMOVAL (STATE COURT COMPLAINT - Second Amended Complaint and Jury Demand) Filing fee $ 405.00 receipt number AFLSDC-17229834, filed by University of Miami. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit - State Civil Cover Sheet, # (3) Exhibit - Complaint, # (4) Exhibit - Served Summons, # (5) Exhibit - Return of Service, # (6) Exhibit - Case Management Order, # (7) Exhibit - Amended Complaint, # (8) Exhibit - Agreed Order on Motion to Dismiss, # (9) Exhibit - Second Amended Complaint (operative pleading))(Mancing, Catherine)**

**1:24-cv-20241-XXXX Notice has been electronically mailed to:**

Catherine Ann Mancing    mancing@irlaw.com, aleman@irlaw.com, fernandez@irlaw.com

**1:24-cv-20241-XXXX Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Timothy Oliver
Stewart Lee Karlin Law Group, PC
2003 W Cypress Creek Road
Suite 100
Fort Lauderdale, FL 33309

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-0] [1f3ddc11d7352be7ba15fe1e37e5435f02a7c5cd683e31f8dbbb13cdd9f89d6fbf7fea605388388377fba48c5d7b648e1b471c3d57e09b71501aad2fd3151fdb]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-1] [14465a7405348c7c63dd642557882d9193be1ad60e9ae0316354232ced98799a0e324402e818e8299ee5261e89036adfb1d6ec9ec3285da9d2fa45f1093a40d2]]
**Document description:** Exhibit - State Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-2] [0468c728ec05c0f6c6c2d9d9047b84f57e7a93bff36171fd992cce4bf1f33f79ffcdab6973e7af0d0bc8099720e31865ecf2e076d36136ce85de638150694d4f]]
**Document description:** Exhibit - Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-3] [772769c7c59650db7440ef25ef855173876c31789b83b4cf2160b25d8d90d8f431c048a2bff36950a1ece0b13e846b2ec9bd4263b7b5bc1c01078e349f812bc4]]
**Document description:** Exhibit - Served Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-4] [5c4ab820a07c9c7570bcc5c46272254cb750604b9eee8b559da1df724550d165e6f8447dbf32b71caba1245ca1a7424f9901ddf6a111a3259a9ac92aeb8a8c43]]
**Document description:** Exhibit - Return of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-5] [47473fb7cd6f32bc885212535cf2191438c165bb7eb7a84b88cb932d362f95309d0eb01741110bbaf9ed5aa60c3f77c9d4c15f688226a1946f3c48ecb72ddb4e]]
**Document description:** Exhibit - Case Management Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-

6] [1c46f55f6ecec499ebb104a6b8f983bb11c127e5fcf3cb00c11fb3db6a047c6585e817a3686a5b62bad3b0bdf31c17cbc31e5c8639187c0f2003419a88c8f1b6]]
**Document description:**Exhibit - Amended Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-7] [9b61d3bee862e4e75023e7704e92f8019eed5e04ee1051b2b360da7602d160442d4e53063b782ab78e9d78294e74030080cb31d034cd893015e9cfd85c2b8dc3]]
**Document description:**Exhibit - Agreed Order on Motion to Dismiss
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-8] [7f6b22340cd3af9c607f3d83f410fec2d55cbec49cee0ae0dd5ca8382abbc86b2c5c1f5db43692a65ab574f09c7e59598dbef9e710f7179f611ba0df5a751dac]]
**Document description:**Exhibit - Second Amended Complaint (operative pleading)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/22/2024] [FileNumber=24063061-9] [510b1fa23275eba833e7495d9f32d1959d9d7c00b9c55a1b35ba195a6eb90adfa22df848586e6d83a4c2d1f405803109ccb3a5146fb7f87c6d2208481530f286]]